**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7669**

———————

AARON HOLSEY,

Plaintiff - Appellant,

versus

PAUL DAVIS, Individually and as Chairperson of
the Maryland Parole Board; BLOUNT, Individu-
ally and as Commissioner with the Parole
Commission; MARYLAND PAROLE COMMISSION; MARY-
LAND DIVISION OF CORRECTION-PERSONNEL AND
OFFICIALS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge.
(CA-96-3989-JFM)

———————

Submitted: October 20, 1998      Decided: November 3, 1998

———————

Before WILKINS and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Aaron Holsey, Appellant Pro Se. John Joseph Curran, Jr., Attorney
General, Wendy Ann Kronmiller, Assistant Attorney General, Balti-
more, Maryland; Susan Lynn Howe, DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aaron Holsey appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Holsey v. Davis, No. CA-96-3989-JFM (D. Md. Sept. 9 and Oct. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2